FILED

08 MAY -5 PM 4:19

[illegible stamp]
...ING
COURT
...IFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Susan Mae Polk

Plaintiff,

vs.

Budd Mackenzie, Elizabeth Grossman, Kim Cupferer, Dan Horavik, Ivan Golde, Barry Morris, Contra Costa County Probation, Shirley Osbourne, Valerie Harris

Defendant.

CV 08 No. 2344 MMC (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Susan Mae Polk, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?           Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC 'N FORMA PAUPERIS           - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____Self employed investor_____
4  _____
5  _____
6  2.     Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or                Yes ___ No _x_
9          self employment
10    b.   Income from stocks, bonds,             Yes ___ No _x_
11         or royalties?
12    c.   Rent payments?                         Yes ___ No _x_
13    d.   Pensions, annuities, or                Yes ___ No _x_
14         life insurance payments?
15    e.   Federal or State welfare payments,     Yes ___ No _x_
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.    Are you married?                         Yes ___ No _x_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____  Net $_____
27 4.    a.   List amount you contribute to your spouse's support:$ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.    Do you own or are you buying a home?          Yes ___  No _X_
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.    Do you own an automobile?                     Yes ___  No _X_
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.    Do you have a bank account?   Yes _____ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No _X_ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ___ No _X_
18 _____
19 8.    What are your monthly expenses?
20 Rent: $ _____ Utilities: _____
21 Food: $ _____ Clothing: _____
22 Charge Accounts:
23 Name of Account              Monthly Payment              Total Owed on This Acct.
24 _____      $ _____        $ _____
25 _____      $ _____        $ _____
26 _____      $ _____        $ _____
27 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

Restitution: $11,000

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3/22/08_                    _Susan Lee_
DATE                          SIGNATURE OF APPLICANT

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Susan Polk___ for the last six months
[prisoner name]
___Central Ca Women's Facility___ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0___.

Dated: __3-6-08__            ___Sharon Biggers___
                               [Authorized officer of the institution]

```
REPORT ID: TS3030   .701                                                    REPORT DATE: 03/06/08
                                                                            PAGE NO:           1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CENTRAL CALIF WOMEN'S FACILITY
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: SEP. 06, 2008 THRU MAR. 06, 2008

ACCOUNT NUMBER  : X23159                           BED/CELL NUMBER: B 0715000000003U
ACCOUNT NAME    : POLK, SUSAN MAE                  ACCOUNT TYPE:    I
PRIVILEGE GROUP : B

                                  TRUST ACCOUNT ACTIVITY

      << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                CURRENT HOLDS IN EFFECT

 DATE       HOLD
 PLACED     CODE      DESCRIPTION           COMMENT            HOLD AMOUNT
 ------     ----      -----------           -------            -----------
 02/27/2008  H104     DAMAGES HOLD          LOCK 02/08                6.00
 02/27/2008  H118     LEGAL COPIES HOLD     02/20/08                  1.40
 02/27/2008  H118     LEGAL COPIES HOLD     02/16/08                  1.80
 02/27/2008  H118     LEGAL COPIES HOLD     02/18/08                  0.20
 02/27/2008  H118     LEGAL COPIES HOLD     02/06/08                  6.20
 02/27/2008  H118     LEGAL COPIES HOLD     02/16/08                  2.10
 03/04/2008  H109     LEGAL POSTAGE HOLD    02/24/08                  4.60

                                  TRUST ACCOUNT SUMMARY

 BEGINNING        TOTAL          TOTAL          CURRENT        HOLDS         TRANSACTIONS
  BALANCE        DEPOSITS      WITHDRAWALS      BALANCE       BALANCE        TO BE POSTED
 ---------       --------      -----------      -------       -------        ------------
      0.98          0.00           0.00           0.98          22.30              0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                 21.32-
```