FILED
08 MAY 13 PM 1:26

[Clerk, U.S. District Court stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Susan Mae Polk

    Plaintiff,

vs.

Budd Mackenzie, Elizabeth Grossman, Kim Cupferer, Dan Horowitz, Ivan Golde, Barry Morris, Contra Costa County Probation, Shirley Osbourne

    Defendant.

CASE NO. 08-2344 MMC

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Susan Mae Polk, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?     Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____Self employed investor_____
4  _____
5  _____
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.    Business, Profession or                Yes ___ No _X_
9             self employment
10      b.    Income from stocks, bonds,             Yes ___ No _X_
11            or royalties?
12      c.    Rent payments?                         Yes ___ No _X_
13      d.    Pensions, annuities, or                Yes ___ No _X_
14            life insurance payments?
15      e.    Federal or State welfare payments,     Yes ___ No _X_
16            Social Security or other govern-
17            ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.    Are you married?                           Yes ___ No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.    a.    List amount you contribute to your spouse's support:$ _____
28        b.    List the persons other than your spouse who are dependent upon you for support


and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ____ No ✗

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No ✗

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✗ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✗

_____

8. What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1    Restitution: $11,000

2

3    10.    Does the complaint which you are seeking to file raise claims that have been presented in

4    other lawsuits?    Yes ___    No _X_

5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6    they were filed.

7

8

9        I consent to prison officials withdrawing from my trust account and paying to the court the

10    initial partial filing fee and all installment payments required by the court.

11        I declare under the penalty of perjury that the foregoing is true and correct and understand

12    that a false statement herein may result in the dismissal of my claims.

13

14    _3/22/08_            _Susan Roe_

15       DATE                         SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Susan Polk___ for the last six months
[prisoner name]
___Central Ca Women's Facility___ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0___.

Dated: _3-6-08_                        ___Sharon biggere___
                                        [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                              REPORT DATE: 03/06/08
                                                                     PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CENTRAL CALIF WOMEN'S FACILITY
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: SEP. 06, 2008 THRU MAR. 06, 2008

ACCOUNT NUMBER : X23159                       BED/CELL NUMBER: B 0715000000003U
ACCOUNT NAME   : POLK, SUSAN MAE                  ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                             TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            CURRENT HOLDS IN EFFECT

 DATE     HOLD
 PLACED   CODE    DESCRIPTION              COMMENT              HOLD AMOUNT
 ------   ----    -----------              -------              -----------
02/27/2008 H104  DAMAGES HOLD             LOCK 02/08                  6.00
02/27/2008 H118  LEGAL COPIES HOLD        02/20/08                    1.40
02/27/2008 H118  LEGAL COPIES HOLD        02/16/08                    1.80
02/27/2008 H118  LEGAL COPIES HOLD        02/18/08                    0.20
02/27/2008 H118  LEGAL COPIES HOLD        02/06/08                    6.20
02/27/2008 H118  LEGAL COPIES HOLD        02/16/08                    2.10
03/04/2008 H109  LEGAL POSTAGE HOLD       02/24/08                    4.60

                            TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL      TOTAL       CURRENT    HOLDS     TRANSACTIONS
 BALANCE      DEPOSITS  WITHDRAWALS   BALANCE   BALANCE    TO BE POSTED
 ---------    --------  -----------   -------   -------    ------------
    0.98        0.00       0.00         0.98     22.30         0.00

                                                           CURRENT
                                                          AVAILABLE
                                                           BALANCE
                                                          ---------
                                                            21.32-
```