Susan Polk (X23159)
CCWF
P.O. Box 1508
Chowchilla, CA 93610-1508

RECEIVED
08 JUN 30 PM 12:27
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
450 Golden Gate Ave
San Francisco, CA 94102
Attn. Richard Wieking, Clerk of the Court

Re. Case nos. C08-1483
MMC (PR) & CV082344
MMC (PR)

Dear Sir or Madam,

In response to Judge Maxine Chesney's order granting me leave to amend case no. C08-1483 MMC (PR), on 5/6/08 I submitted the amended complaint. To date, I have not received any confirmation of receipt of said complaint and service of the complaint on the defendant by federal marshalls. Judge Chesney's order was dated 4/28/08, and gave me thirty days to amend the complaint. My amended complaint was submitted within the thirty days.

On May 6, 2008, civil rights complaint no. CV082344 MMC (PR) was filed.

Please provide me with an update on the status of my above referenced complaints.

Thank you.

Sincerely,
Susan Polk

Susan Polk (x23154)
CCWF 505-17
P.O. Box 1508
Chowchilla, Ca 93610-1508

LEGAL\*CONFIDENT'AL

Clerk of the Court
450 Golden Gate Avenue
San Francisco, CA 94102
Attn: Richard Weiking



047J82010147
$00.42⁰
Mailed From 93610
06/26/2008
US POSTAGE