IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

        Plainitff,

  v.

BUDD MACKINZIE, et al.,

        Defendants.
                                    /

No. CV-08-2344 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. Plaintiff's claims of constitutional violations and legal malpractice against her former attorneys are hereby DISMISSED with prejudice.

    2. Plaintiff's claim of defamation against the Contra Costa County probation officer who wrote the sentencing report after plaintiff was convicted is hereby DISMISSED with prejudice.

    3. Plaintiff's claims against prison officials and correctional officers at CCWF are hereby DISMISSED without prejudice to plaintiff's filing such claims in the United States District Court for the Eastern District of California.

Dated: August 19, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28